Clinton L. Tapper,
OSB No. 084883
Tapper Law Firm
474 Willamette St. Ste 306,
Eugene, OR 97401
Ph: (458) 201 7828
Fax: (458) 201 - 7636
Clinton@tapper-law.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHNATHAN and ALLISON MURPHY, Husband and Wife,<br><br>Plaintiff(s),<br><br>vs.<br><br>TRAVELERS PERSONAL INSURANCE COMPANY,<br><br>Defendant(s) | CASE NO.: 3:23-cv-01381<br><br>COMPLAINT<br><br>BREACH OF CONTRACT, BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING<br><br>Claim over $75,000<br><br>JURY TRIAL REQUESTED |

COMES NOW the plaintiffs, JOHNATHAN and ALLISON MURPHY, Husband and Wife, (hereafter Plaintiff or Murphy), through their undersigned attorneys and alleges as follows:

PARTIES, JURISDICTION AND VENUE

1. At all times Material to this Complaint, Plaintiffs were individuals domiciled in the state of California, with primary residence in Ventura County.

2. At all times Material to this Complaint, TRAVELERS PERSONAL INSURANCE COMPANY (Defendant or Travelers) was/is an insurance company domiciled in the state

of Connecticut, with primary residence in Hartford County, licensed under the laws of Oregon to sell insurance and subject to the laws of Oregon.

3. The acts and omissions forming the basis of this Complaint took place in Clatsop County Oregon.

4. This Court has diversity jurisdiction over the parties pursuant to 28 U.S.C. sections 1332 and 2201. The amount in controversy exceeds $75,000 exclusive of costs and interest.

5. Venue in this District is proper under 28 U.S.C. section 1391 and L.R. 3.4. in the Portland Division of the United States Court for the District of Oregon, as the acts and omissions as hereafter alleged occurred in Clatsop County Oregon and the most convenient location for trial of this matter is in Portland Oregon.

## CLAIM 1: BREACH OF CONTRACT

6. Plaintiff hereby incorporates all above paragraphs herein.

7. At all times material, Plaintiff was the owner of real property located at and commonly described as 842 Irving Ave., Astoria, OR 97103-4833. (the Property)

8. At all times material, Plaintiff insured the Property under a Travelers Property & Casualty policy specifically identified as policy number 611711063 633 1. (the Policy)

9. At all times material, the Policy was an all risk policy, promising in exchange for the payment of premiums, to insure the Property against direct physical loss.

10. At all times material, all premiums were paid by Plaintiff on the policy.

11. At all times material, the Policy was in full force and effect.

12. On or about February 24, the Dishwasher in the Property spontaneously turned on.

13. After running for an amount of time to be estimated at trial but not more than 13 days prior to discovery and shutoff, the Dishwasher began to leak causing damage to the property.

14. In the Alternative to Paragraph 13, At some time Between February 24, 2023 and March 30, 2023, the dishwasher leaked causing damage to the property.

15. The leaking dishwasher caused $218,840.97 in damage to the property.

16. On or about March 30, 2023, the leak was discovered and the Dishwasher was shutoff.

17. On or about March 31, 2023, Plaintiff made claim for the damages to Defendant.

18. On or about April 28, 2023, Defendant denied the claim for damages.

19. Defendant has failed and refused to pay the value of the loss.

20. Defendant's failure and refusal to pay the value of the loss is a breach of the contract.

21. As a result of Defendant's failure and refusal to pay the value of the loss, Plaintiff has been damaged in amounts to be determined at trial but estimated not to exceed; $218,840.97

22. As a result of the breach, Plaintiff has been forced to retain an attorney, and should be compensated reasonable attorneys fees pursuant to ORS 742.061.

23. At all times material, Plaintiffs damages were ascertained or ascertainable and Plaintiff should be compensated pre-judgment interest at the amount of 9% per annum.

CLAIM 2 – BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

24. Plaintiff hereby incorporates all above paragraphs herein.

25. All Contracts in Oregon come with the duty of good faith and fair dealing.

26. Defendant breached the duty of good faith and fair dealing in some or all of the following ways;

    a. Misrepresenting facts and policy provisions, in this case representing that it was the insured's duty to prove the duration of the leak and not Defendant's duty to determine whether the exclusion applied.

    b. Failing to acknowledge and act promptly on communications from the insured. In this case by failing to communicate with the insured regarding the loss.

    c. Refusing to pay claims without conducting a reasonable investigation. In this case by having no adjusters or experts actually view the property and instead conducting "virtual" inspections.

    d. Compelling claimants to initiate litigation to recover amounts due by offering substantially less than amounts ultimately recovered in actions brought by such claimants, in this case by denying the claim and forcing this lawsuit.

27. As a result of Defendant's breaches of the duty of good faith and fair dealing, Plaintiff has been damaged in an amount to be determined at trial, but estimated not to exceed $218,840.97.

28. As a result of these breaches of the duty of good faither and fair dealing, Plaintiff has been forced to retain an attorney, and should be compensated reasonable attorneys fees pursuant to ORS 742.061.

29. Plaintiffs damages were ascertained or ascertainable at all times material, Plaintiff should be compensated pre-judgment interest at the amount of 9% per annum.

WHEREFORE, Plaintiff demands the following from Defendant:

     a.  Economic damages as outlined above, not expected to exceed $218,840.97

     b.  Prejudgment Interest pursuant to ORS 82.010,

     c.  Attorneys fees pursuant to ORS 742.061,

     d.  Costs and fees as dictated by statute, and

     e.  Any other such relief the Court deems just and equitable.

Dated: September 22, 2023

/s/ Clinton L. Tapper

_____
Clinton L. Tapper, OSB # 084883
Of Attorneys for Plaintiff