**Lloyd Bernstein**, OSB #002030
**Sean D. McKean**, OSB #204142
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant Travelers Personal
Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHNATHAN** and **ALLISON MURPHY**, Husband and Wife,<br><br>Plaintiff,<br><br>v.<br><br>**TRAVELERS PERSONAL INSURANCE COMPANY**,<br><br>Defendant. | Civil No.: 3:23-cv-01381-SI<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Pursuant to the below endorsed stipulation of the parties, wherein it appears that the parties have fully and completely resolved their disputes, and pursuant to Fed.R.Civ.P. 41(a)(2), and being fully advised, it is hereby:

/ / /

/ / /

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 1**

ORDERED AND ADJUDGED that the above-stated cause is dismissed without prejudice and without costs or fees to any party.

Dated: _____

_____
Honorable Michael H. Simon

Entry of the foregoing Stipulated Judgment of Dismissal is approved and consented to:

| For Plaintiffs: | For Defendants: |
|---|---|
| TAPPER LAW FIRM | BULLIVANT HOUSER BAILEY PC |
| By */s/ Clinton L. Tapper*<br>　　Clinton L. Tapper, OSB #084883<br><br>　　Attorneys for Plaintiff | By */s/ Sean D. McKean*<br>　　Lloyd Bernstein, OSB #002030<br>　　Sean D. McKean, OSB #204142<br><br>　　Attorneys for Defendant Travelers<br>　　Personal Insurance Company |

4907-7034-6025.1 24954/00740

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 2**